RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Lisa Pamela Najera

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LISA PAMELA NAJERA,<br><br>　　　　Defendant. | Case No. 2:22-mj-00711-DJA<br><br>ORDER TO CONTINUE BENCH TRIAL<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and Between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Lisa Pamela Najera, that the bench trial currently scheduled on June 5, 2024 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant will be in a six-week trial from May 28, 2024, through July 5, 2024, in *United States v. Dallmann*, Case No. 2:22-cr-00030-RFB-DJA (D. Nev.). Consequently, counsel for the defendant will be unavailable for trial in this matter on

June 5, 2024. In addition, counsel for the defendant will be unable to devote significant attention to this matter during that time period.

2. Counsel for the defendant requires additional time to review the discovery in this matter and determine whether the case will proceed to trial or be resolved through negotiations.

3. The parties agree to the continuance.

4. The continuance is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(iv).

This is the first request for a continuance of the bench trial.

DATED this 23rd day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA PAMELA NAJERA,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00711-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant will be in a six-week trial from May 28, 2024, through July 5, 2024, in *United States v. Dallmann*, Case No. 2:22-cr-00030-RFB-DJA (D. Nev.). Consequently, counsel for the defendant will be unavailable for trial in this matter on June 5, 2024. In addition, counsel for the defendant will be unable to devote significant attention to this matter during that timer period.

2. Counsel for the defendant requires additional time to review the discovery in this matter and determine whether the case will proceed to trial or be resolved through negotiations.

3. The parties agree to the continuance.

4. The continuance is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial

3

Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code § 3161(h)(7)(B)(iv).

This is the first request for a continuance of the bench trial.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, June 5, 2024, at 9:00 a.m., be vacated and continued to September 11, 2024, at 9:00 a.m., Courtroom 3A.

DATED this 28th day of May, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

4